UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

        Plaintiff,

                                   HONORABLE PAUL L. MALONEY

v.

                                   CASE NO.  1:09-pt-10

RODNEY ADAM CORONADO,                           1:09-pt-11

        Defendant.

_____/


### ORDER GRANTING MOTION TO WITHDRAW MOTION FOR MODIFICATION OF SUPERVISED RELEASE CONDITIONS

This matter is before the Court on the defendant's motion to withdraw his motion for modification of supervised release conditions to allow travel outside the district (Dkt. #24). Upon consideration of the motion, the Court will grant defendant's request.  Accordingly,

**IT IS HEREBY ORDERED** that defendant Rodney Adam Coronado's motion to withdraw the motion for modification of supervised release conditions to allow travel outside the district (Dkt. #24) is **GRANTED**.

**IT IS FURTHER ORDERED** that defendant's motion for modification of supervised release conditions to allow travel outside the district (Dkt. #18) is **DISMISSED without prejudice as withdrawn**.


Date: July 21, 2010                          /s/ Paul L. Maloney
                                          Paul L. Maloney
                                          Chief United States District Judge