UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,                                No. 1:09-PT-10

v                                             Hon. Paul L. Maloney
                                                    Chief Judge

RODNEY CORONADO,

        Defendant.

**ORDER FOR SUBSTITUTION OF COUNSEL**

Upon reading and consideration of the attached stipulation for substitution of counsel, and the court having otherwise been fully advised in the premises; now, therefore,

IT IS ORDERED that the law firm of WILLEY & CHAMBERLAIN LLP may be, and hereby is, substituted in place and stead of the FEDERAL PUBLIC DEFENDER as counsel of record for defendant Rodney Coronado.

IT IS SO ORDERED.

Dated: July 23, 2010

                                                        /s/ Paul L. Maloney
                                                        Hon. Paul L. Maloney
                                                        Chief Judge